# United States Bankruptcy Court
## Eastern District of California

In re Township Nine Owners, LLC
Debtor(s)

Case No. 17-23630 - B - 11
Chapter 11

## CERTIFICATION OF RELATEDNESS

The undersigned attorney certifies that:

1. (a) 4 cases are being filed under Chapter 11 that are related to each other :

   Capitol Station 65, LLC;

   Capitol Station Member, LLC;

   Capitol Station Holdings, LLC

   Township Nine Owners, LLC

2. The cases are related because:

   ☐ the debtors are husband and wife; or

   ☐ the debtor was a debtor in a previous case under Chapter 11; or

   ☑ the cases involve persons or entities that are affiliates as defined in §101(2) of the Bankruptcy Code.

The undersigned attorney requests that the cases be assigned to the same judge.

Date of certification: May 26, 2017

Attorney's signature: /s/ Gregory C. Nuti

Gregory C. Nuti 151754
Nuti Hart LLP
411 30th Street
Suite 408
Oakland, CA 94609-3311
Phone: 510-506-7153

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy